# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    CHRISTOPHER G JOHNSON
    DANIELLE C JOHNSON
        Debtor(s)

Case No. 14-33312

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/12/2014.

2) The plan was confirmed on 06/03/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/11/2016.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,242.40 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                                 **$8,242.40**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,905.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $322.41 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                              **$4,227.41**

Attorney fees paid and disclosed by debtor:          $95.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 3325 N ARLINGTON HEIGHTS RD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Unsecured | 0.00 | 692.62 | 692.62 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 50.00 | 50.00 | 0.00 | 0.00 |
| ARCHER DIRECT LLC | Unsecured | NA | 670.00 | 670.00 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | NA | 50.00 | 50.00 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 1,612.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 1,437.00 | 3,377.16 | 3,377.16 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,277.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 3,089.00 | NA | NA | 0.00 | 0.00 |
| CCB INCORPORATED | Unsecured | 693.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 2,615.21 | 2,615.21 | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | 0.00 | 473.53 | 473.53 | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 37,809.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 27,989.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 16,555.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 15,430.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 14,431.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 10,795.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 10,795.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 10,795.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 8,680.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 6,004.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 1,370.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| FIRST PLUS FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GECRB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 339.65 | 339.65 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 7,700.00 | 16,990.55 | 16,990.55 | 3,234.99 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 178.47 | 178.47 | 0.00 | 0.00 |
| Lurie Childrens Medical Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,378.00 | 1,278.47 | 1,278.47 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 869.12 | 869.12 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 965.59 | 965.59 | 0.00 | 0.00 |
| MABT | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| MAGES & PRICE | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| METRO STORAGE | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 1,731.00 | 6,924.73 | 6,413.00 | 340.44 | 49.56 |
| NCEP LLC | Unsecured | 4,700.00 | 0.00 | 511.73 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 2,290.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,498.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 999.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 856.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 1,578.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 1,577.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 1,287.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 1,286.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 934.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 789.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 641.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 343.60 | 343.60 | 0.00 | 0.00 |
| PERSONAL FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,422.00 | 1,024.29 | 1,024.29 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 405.86 | 405.86 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 2,375.01 | 2,375.01 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 990.00 | NA | NA | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Secured | 8,550.00 | 12,091.57 | 8,550.00 | 323.04 | 66.96 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | 2,982.00 | 0.00 | 3,541.57 | 0.00 | 0.00 |
| Progressive Insurance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 313.04 | 313.04 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,458.02 | 1,458.02 | 0.00 | 0.00 |
| Rec Mgt Grp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SAFARI CHILDCARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPRINT NEXTEL | Unsecured | 0.00 | 710.95 | 710.95 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | NA | 19,435.60 | 19,435.60 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| SUN LOAN # 249 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TERMINIX SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TREE HOUSE APTS | Unsecured | 6,500.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| UNITED AUTO INSURANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NAVIENT SOLUTION | Unsecured | 0.00 | 65,234.39 | 65,234.39 | 0.00 | 0.00 |
| Vanda LLC | Unsecured | NA | 697.18 | 697.18 | 0.00 | 0.00 |
| VILLAGE OF HOFFMAN ESTATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORATION | Unsecured | 1,344.00 | 1,362.35 | 1,362.35 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,340.16 | $663.48 | $116.52 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,340.16** | **$663.48** | **$116.52** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,990.55 | $3,234.99 | $0.00 |
| **TOTAL PRIORITY:** | **$16,990.55** | **$3,234.99** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$105,546.25** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,227.41 |
| Disbursements to Creditors | $4,014.99 |
| | |
| **TOTAL DISBURSEMENTS:** | **$8,242.40** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/21/2016                By: /s/ Tom Vaughn
                                     _____
                                                    Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**